Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*   Maria S. Molina                                                *Case No.:* 19–91116
           *Debtor*

                                                                          *Chapter:* 7

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

   U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

   on 2/12/20 at 10:00 AM

to consider and act upon the following:

U.S. Trustee's Motion to Examine Debtor's Transactions With Attorney (Doc #20) and any objection thereto.


Dated: 1/30/20


  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court


Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.