UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
MARIA S. MOLINA,                    )    NO. 19-91116
                                    )    Chapter 7
        Debtor.                     )
                                    )

## AMENDED MOTION FOR TURNOVER ORDER

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and for her Motion for Turnover respectfully states as follows:

1. The Debtor filed her Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on November 20, 2019.

2. I serve as the Debtor's Chapter 7 Bankruptcy Trustee.

3. Debtor will likely receive a 2019 state and federal tax refunds. Debtor has not taken an exemption in her 2019 state and federal tax refunds. She has exhausted all of her wildcard exemption.

4. That it is the Trustee's intent to take possession of the Debtor's 2019 state and federal tax refunds and distribute same to the unsecured creditors.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that:

1. The Debtor be ordered to provide the undersigned Trustee with copies of her 2019 state and federal income tax returns within 48 hours of same being prepared and filed.
2. That Debtor be ordered to turnover to the undersigned Trustee 324/365ths of any state and federal income tax refunds.
3. The Debtor be ordered to not spend her 2019 tax refund without permission of this Court.

/s/Kristin L. Wilson
Kristin L. Wilson
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Amended Motion for Turnover Order has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

Maria Molina
518 South 4th Avenue
Kankakee, IL 60901

I hereby certify that on the 31st day of January, 2020, a true and correct copy of the foregoing pleading was served by electronic mail upon:

US Trustee
David Siegel

DATED this 31st day of January, 2020.

/s/ Kristin L. Wilson
Kristin L. Wilson

KRISTIN L. WILSON
Chapter 7 Trustee
611 6th Street
Charleston, IL  61920
Telephone:  (217) 345-3079
Email: klwilson111@gmail.com