Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*   Maria S. Molina        *Case No.:* 19–91116
    *Debtor*

                    *Chapter:* 7

---

**PLEASE TAKE NOTICE** that a Hearing will be held at

   U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

   on 2/12/20 at 10:00 AM

to consider and act upon the following:

Trustee's Amended Motion for Debtor to Turnover 2019 tax returns and non−exempt tax refunds and any objections thereto.

Dated: 1/31/20

                    /S/   Adrienne D. Atkins
                    Clerk, U.S. Bankruptcy Court

   Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.